UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHNNY KARAM, Individually and On    :
Behalf of All Others Similarly Situated,

                               :

               Plaintiff,            1:25-cv-03221-RML

                               :

      v.

                               :

PEPGEN INC., JAMES MCARTHUR, and
NOEL DONNELLY,                       :

             Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND [PROPOSED] ORDER TO
## TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO 28 U.S.C. § 1404(A)

Plaintiff Johnny Karam and defendants PepGen Inc., James McArthur, and Noel Donnelly (collectively "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on June 9, 2025, Plaintiff filed the above-captioned class action asserting violations of the federal securities laws (ECF No. 1);

WHEREAS, the Parties have conferred and agree that this case should be transferred to the United States District Court for the District of Massachusetts for at least the following reasons:

1.  PepGen is a Delaware corporation with its corporate headquarters in Boston, Massachusetts;

2.  The individually named defendants reside and work in Massachusetts;

3.  The above-captioned action could have been brought in the District of Massachusetts under 28 U.S.C. § 1391(b)(1); and

4.   The Parties agree that transferring this case to the District of Massachusetts is in the interest of the convenience of the Parties and witnesses, likely most of whom are located in Massachusetts.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that pursuant to 28 U.S.C. § 1404, the above-captioned matter be transferred to the District of Massachusetts.

Dated:  New York, New York
        July 10, 2025

/s/ *Jeremy A. Lieberman*

Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

*Counsel for Plaintiff*

/s/ *Michael C. Griffin*

Michael C. Griffin
SKADDEN, ARPS, SLATE
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
michael.griffin@skadden.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
       ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE

2