# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:25–cv–03221–RML

| | |
|---|---|
| Karam v. PepGen Inc. et al | Date Filed: 06/09/2025 |
| Assigned to: Magistrate Judge Robert M. Levy | Date Terminated: 07/15/2025 |
| Cause: 15:78m(a) Securities Exchange Act | Jury Demand: Plaintiff |
| | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Johnny Karam**                                          represented by   **J. Alexander Hood**
*Individually and on Behalf of All Others*                                 Pomerantz LLP
*Similarly Situated*                                                       600 Third Avenue
                                                                           20th Floor
                                                                           New York, NY 10016
                                                                           212–661–1100
                                                                           Fax: 212–661–8665
                                                                           Email: ahood@pomlaw.com
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **James Michael LoPiano**
                                                                           Pomerantz LLP
                                                                           600 Third Avenue
                                                                           Ste 20th Floor
                                                                           New York, NY 10016
                                                                           631–903–9356
                                                                           Email: jlopiano@pomlaw.com
                                                                           *ATTORNEY TO BE NOTICED*

                                                                           **Jeremy Alan Lieberman**
                                                                           Pomerantz LLP
                                                                           600 Third Avenue
                                                                           New York, NY 10016
                                                                           212–661–1100
                                                                           Fax: 212–661–8665
                                                                           Email: jalieberman@pomlaw.com
                                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PepGen Inc.**                                          represented by   **Michael Charles Griffin**
                                                                           Skadden, Arps, Slate, Meagher & Flom LLP
                                                                           One Manhattan West
                                                                           New York, NY 10001–8602
                                                                           212–735–2844
                                                                           Email: michael.griffin@skadden.com
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**James McArthur**                                          represented by **Michael Charles Griffin**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Noel Donnelly**                                          represented by **Michael Charles Griffin**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2025 | Ï1 | COMPLAINT against Noel Donnelly, James McArthur, PepGen Inc. filing fee $ 405, receipt number ANYEDC−19124678 Was the Disclosure Statement on Civil Cover Sheet completed −YES,, filed by Johnny Karam. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Lieberman, Jeremy) (Entered: 06/09/2025) |
| 06/10/2025 | Ï | Case Assigned to Magistrate Judge Robert M. Levy. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 06/10/2025) |
| 06/10/2025 | Ï2 | Clerks Notice Re: Consent. A magistrate judge has been assigned as the presiding judge in this case as part of a Pilot Program, governed by EDNY Administrative Order 2023−23. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form is also available here: https://www.nyed.uscourts.gov/edny−direct−assignment−pilot−program. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent. Unless all parties consent to the Magistrate Judge jurisdiction by the deadline set forth in the Administrative Order 2023−23, a District Judge will be assigned to the case. The parties are directed to review the terms of Administrative Order 2023−23 and other materials related to the Pilot Program on the Courts website: https://www.nyed.uscourts.gov/edny−direct−assignment−pilot−program. (KD) (Entered: 06/10/2025) |
| 06/10/2025 | Ï3 | Summons Issued as to Noel Donnelly, James McArthur, PepGen Inc.. (KD) (Entered: 06/10/2025) |
| 06/12/2025 | Ï4 | NOTICE of Appearance by J. Alexander Hood on behalf of Johnny Karam (aty to be noticed) (Hood, J. Alexander) (Entered: 06/12/2025) |
| 06/12/2025 | Ï5 | NOTICE of Appearance by James Michael LoPiano on behalf of Johnny Karam (aty to be noticed) (LoPiano, James) (Entered: 06/12/2025) |
| 07/10/2025 | Ï6 | NOTICE of Appearance by Michael Charles Griffin on behalf of Noel Donnelly, James McArthur, PepGen Inc. (aty to be noticed) (Griffin, Michael) (Entered: 07/10/2025) |
| 07/10/2025 | Ï7 | Corporate Disclosure Statement by PepGen Inc. identifying Corporate Parent No Parent Corporation, no publicly−held corporation owns ten percent or more of it's common stock for PepGen Inc.. (Griffin, Michael) (Entered: 07/10/2025) |
| 07/10/2025 | Ï8 | |

| | | |
|---|---|---|
| | | STIPULATION *And [Proposed] Order To Transfer Venue To The United States District Court For The District Of Massachusetts Pursuant to 28 U.S.C. 1404(A)* by Noel Donnelly, James McArthur, PepGen Inc. (Griffin, Michael) (Entered: 07/10/2025) |
| 07/15/2025 | Ï | STIPULATION and ORDER to Transfer Venue to the USDC for the District of Massachusetts pursuant to 28 USC sec. 1404(A). Case transferred to District of USDC for the District of Massachusetts. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Ordered by Magistrate Judge Robert M. Levy on 7/15/2025) Must see Order for further details. (SG) (Entered: 07/15/2025) |