UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHNNY KARAM, Individually and on Behalf:
of All Others Similarly Situated,          :
          :   Civil Action
       Plaintiff,   :   No. 25-12007-ADB
          :
   v.         :
          :
PEPGEN INC., JAMES MCARTHUR, and  :
NOEL DONNELLY,        :
          :
      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND JOINT MOTION FOR ORDER REGARDING RESPONSE TO COMPLAINT AND FOR SUBMITTING PROPOSED SCHEDULE

Plaintiff Johnny Karam ("Plaintiff") and Defendants PepGen Inc., James McArthur, and Noel Donnelly (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on June 9, 2025, Plaintiff filed the above-captioned securities fraud class action asserting claims under Section 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C § 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder (the "Complaint"; ECF No. 1);

WHEREAS, on July 15, 2025, by Stipulation of the Parties and pursuant to 28 U.S.C. § 1404, the above-captioned action was transferred to this Court from the United States District Court for the Eastern District of New York (ECF No. 9);

WHEREAS, the undersigned counsel for the Defendants have accepted service of the summons and Complaint on behalf of each of the Defendants;

WHEREAS, the Parties anticipate that Plaintiff, and/or likely others, will move the Court for appointment as Lead Plaintiff under the process set forth in the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3);

WHEREAS, the Parties expect that after the Court appoints a Lead Plaintiff, pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the Lead Plaintiff will file an Amended Complaint that will supersede the Complaint, so no purpose would be served by Defendants preparing and filing a response to the Complaint;

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Parties to the Action, except a defense as to the sufficiency of service of process of the summons and Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that:

1. Defendants are not required to move, answer, or otherwise respond to Plaintiff's Complaint.

2. Within 14 days of the entry of an order appointing Lead Plaintiff and Lead Counsel, Lead Counsel and Counsel for Defendants shall jointly submit a proposed schedule for the filing of an Amended Complaint, Defendants' response thereto, and all associated briefing.

Dated: July 22, 2025                                 Respectfully submitted,
      Boston, Massachusetts

/s/ Emily C. Finestone                              /s/ James R. Carroll
Emily C. Finestone (BBO # 693684)                   James R. Carroll (BBO #554426)
Jeremy A. Lieberman                                 Michael S. Hines (BBO #653943)
(*pro hac vice* application forthcoming)            Elizabeth J. Perkins (BBO #704838)
J. Alexander Hood II                                SKADDEN, ARPS, SLATE,
(*pro hac vice* application forthcoming)              MEAGHER & FLOM LLP
POMERANTZ LLP                                       500 Boylston Street
600 Third Avenue, 20th Floor                        Boston, Massachusetts 02116
New York, New York 10016                            (617) 573-4800
(212) 661-1100                                      james.carroll@skadden.com
efinestone@pomlaw.com                               michael.hines@skadden.com
jalieberman@pomlaw.com                              elizabeth.perkins@skadden.com
ahood@pomlaw.com

                                                    *Counsel for Defendants*
*Counsel for Plaintiff*                             *PepGen Inc., James McArthur, and*
*Johnny Karam*                                      *Noel Donnelly*

**SO ORDERED**.

Dated: _____, 2025    _____
                                                    Allison D. Burroughs
                                                    United States District Judge

3