**THE ROSEN LAW FIRM, P.A.**
Joshua Baker, Esq. (BBO #695561)
Laurence M. Rosen, Esq. (*pro hac vice* to be submitted)
Phillip Kim, Esq. (*pro hac vice* to be submitted)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: jbaker@rosenlegal.com
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNNY KARAM, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PEPGEN INC., JAMES MCARTHUR, and NOEL DONNELLY,<br><br>    Defendants. | CASE No.: 1:25-CV-12007-ADB-MPK<br><br>**DECLARATION OF JOSHUA BAKER IN SUPPORT OF MOTION OF PAUL MCHALE TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**CLASS ACTION** |

The undersigned, under penalties of perjury under the laws of the United States of America, declares as follows.

1. I am an attorney at The Rosen Law Firm, P.A. and admitted to practice in Massachusetts and before this Court. I submit this Declaration in support of Paul McHale's ("Movant") Motion for Appointment as Lead Plaintiff and for Approval of Movant's Selection of Lead Counsel.

2. Attached hereto are true and accurate copies of the following exhibits:

Exhibit 1: PSLRA Early Notice;

1

2

Exhibit 2: PSLRA certification of Movant;

Exhibit 3: Movant's Loss Chart; and

Exhibit 4: The firm resume of The Rosen Law Firm, P.A.


Signed under penalties of perjury this 8th day of August 2025.


/s/ Joshua Baker
Joshua Baker, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 8, 2025, a true and correct copy of the foregoing **DECLARATION OF JOSHUA BAKER IN SUPPORT OF MOTION OF PAUL MCHALE TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Joshua Baker</u>