# Exhibit 3

**PepGen Inc. Loss Chart**
**Class Period: March 07, 2024 through March 03, 2025**

| | | | | | | | | | | | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $1.61 |
| Paul McHale | 7/31/2024 | 100 | ($9.35) | ($935.00) | | | | | | | |
| | 8/13/2024 | 100 | ($8.05) | ($805.00) | | | | | | | |
| | 11/7/2024 | 100 | ($6.01) | ($601.00) | | | | | | | |
| | 11/8/2024 | 100 | ($5.00) | ($500.00) | | | | | | | |
| | 1/10/2025 | 100 | ($2.99) | ($299.00) | | | | | | | |
| | 1/29/2025 | 100 | ($1.90) | ($190.00) | | | | | | | |
| | | **600** | | **($3,330.00)** | | **0** | | **$0.00** | **600** | **$968.29** | **($2,361.71)** |