**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JOHNNY KARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>PEPGEN INC., JAMES MCARTHUR, and NOEL DONNELLY,<br><br>        Defendants. | Case No.: 1:25-cv-12007-ADB<br><br>CLASS ACTION |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF LINDA HOFFMAN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.	I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Linda Hoffman ("Movant") and proposed Lead Counsel for the Class.

2.	I submit this Declaration, together with the attached exhibits, in support of Movant's motion for Appointment as Lead Plaintiff and Approval of her selection of Levi & Korsinsky as Lead Counsel for the Class.

3.	Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:	PSLRA Certification signed by Movant attesting to her purchases of PepGen Inc. ("PepGen" or the "Company") securities;

**Exhibit B**:	Loss Chart reflecting the losses incurred by Movant as a result of her transactions in PepGen securities;

**Exhibit C**:    Press Release published June 10, 2025, on *Globe Newswire,* announcing the

pendency of the securities class action against defendants herein: *Karam v.*

*PepGen Inc., et al.,* Case No. 1:25-cv-12007-ADB;

**Exhibit D**:    Declaration signed by Movant in support of her lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: August 8, 2025

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins

2

## CERTIFICATE OF SERVICE

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 8, 2025.

Dated: August 8, 2025

/s/ Shannon L. Hopkins
Shannon L. Hopkins

3