# EXHIBIT B

| | |
|---|---|
| **Client Name** | Linda Hoffman |
| **Company Name** | PepGen Inc. |
| **Ticker Symbol** | PEPG |
| **Security Type** | |
| **Class Period Start** | 03-07-2024 |
| **Class Period End** | 03-03-2025 |
| **90-DAY Lookback Period Start** | 03-04-2025 |
| **90-DAY Lookback Period End** | 06-01-2025 |
| **90-DAY Lookback Average** | $ 01.62 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $8,246.94 |
| **DURA LIFO\* Total** | $8,246.94 |
| **Gross Shares Purchased** | 500 |
| **Net Shares Retained** | 500 |
| **Net Funds Expended** | $9,055.00 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** | **DURA LIFO\*** |
| 07-18-2024 | 500 | 18.11 | $ 9,055.00 | | | | | | - | 500 | 500 | $ 01.62 | $ 808.06 | $ 8,246.94 | $ 8,246.94 |
| **Total:** | **500** | | **$9,055.00** | | | | | | | **500** | **500** | | **$808.06** | **$8,246.94** | **$8,246.94** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.