**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHNNY KARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PEPGEN INC., JAMES MCARTHUR, and NOEL DONNELLY,<br><br>Defendants. | No.: 1:25-cv-12007-ADB |

**NOTICE OF MOTION OF JOHNNY KARAM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Johnny Karam ("Karam"), by and through his counsel, will and does hereby move this Court pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Karam as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired PepGen Inc. securities between March 7, 2024 and March 3, 2025, both dates inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Karam is aware of L.R. 7.1(a)(2), which provides that "[n]o motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is August 8, 2025, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(I)-(II). Karam will thus not know the identities of the other putative Class members who intend to file competing motions for Lead Plaintiff appointment until August 9, 2025—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Karam's motion papers impracticable. Under these circumstances, Karam respectfully requests that compliance with L.R. 7.1(a)(2) be waived in this instance.

Dated:  August 8, 2025                          Respectfully submitted,

                                                **POMERANTZ LLP**

                                                */s/ Emily C. Finestone*
                                                Emily C. Finestone (BBO # 693684)
                                                Jeremy A. Lieberman
                                                (*pro hac vice* application forthcoming)

1

J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
efinestone@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Plaintiff Johnny Karam and*
*Proposed Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 8, 2025.

*/s/ Emily C. Finestone*
Emily C. Finestone (BBO # 693684)