**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHNNY KARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PEPGEN INC., JAMES MCARTHUR, and NOEL DONNELLY,<br><br>Defendants. | No.: 1:25-cv-12007-ADB |

**DECLARATION OF EMILY C. FINESTONE IN SUPPORT OF MOTION OF JOHNNY KARAM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Emily C. Finestone, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Johnny Karam ("Karam"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Karam's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Karam's financial interest in this Action;

Exhibit B:    Press release published via *ACCESS Newswire* on June 9, 2025, announcing the pendency of the action styled *Karam v. PepGen Inc. et al.*, No. 1:25-cv-03221, filed in the United States District Court for the Eastern District of New York;

Exhibit C:    Shareholder Certification executed by Karam;

2

Exhibit D:    Declaration executed by Karam; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on August 8, 2025.

/s/ Emily C. Finestone
Emily C. Finestone (BBO # 693684)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 8, 2025.

*/s/ Emily C. Finestone*

Emily C. Finestone (BBO # 693684)
