# EXHIBIT A

**PepGen, Inc. (PEPG)**
**Class Period: March 7, 2024 to March 3, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $1.6161 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Johnny Karam** | **2/24/2025** | **4,000** | **$3.9000** | **($15,600)** | | | | | **4,000** | **$6,465** | **($9,135)** |

*Avg Closing Prices from March 4, 2025 to May 30, 2025