**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHNNY KARAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PEPGEN INC., JAMES MCARTHUR, and NOEL DONNELLY, <br><br> Defendants. | No.: 1:25-cv-12007-ADB |

**STIPULATION AND JOINT MOTION FOR ORDER SETTING SCHEDULE FOR FILING OF AN AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING**

Pursuant to the Court's Order (Dkt. No. 16), Court-appointed Lead Plaintiff Johnny Karam ("Karam" or "Lead Plaintiff") and Defendants PepGen Inc. ("PepGen"), James McArthur, and Noel Donnelly (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, conferred regarding a proposed schedule for the filing of an Amended Complaint and Defendants' response thereto, including a briefing schedule in the event that Defendants move to dismiss the Amended Complaint, and hereby stipulate and agree as follows, and jointly request that the Court enter the below Order approving this Stipulation:

WHEREAS, on June 9, 2025, Lead Plaintiff commenced the above-captioned action (the "Action"), alleging violations of the federal securities laws on behalf of a putative class of investors in PepGen securities (Dkt. No. 1);

WHEREAS, this Action is subject to the requirements of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, under which, *inter alia*, discovery is stayed during the pendency of any motion to dismiss, unless otherwise ordered by the Court (*see id.* § 78u-4(b)(3)(B));

WHEREAS, on July 23, 2025, the Court ordered that within fourteen (14) days after entry of an order appointing lead plaintiff and lead counsel pursuant to the PSLRA (*id.* § 78u-4(a)(3)(B)), lead counsel and counsel for Defendants shall jointly submit a proposed schedule to the Court for the filing of an Amended Complaint, Defendants response thereto, and all associated briefing (Dkt. No. 16);

WHEREAS, on August 8, 2025, three competing motions for appointment as Lead Plaintiff and approval of Lead Counsel were filed (Dkt. Nos. 17, 20, 23);

WHEREAS, on September 10, 2025, the Court entered an Order appointing Karam as

1

Lead Plaintiff and approving his selection of Pomerantz LLP as Lead Counsel in the Action (Dkt. No. 32); and

WHEREAS, pursuant to the July 23, 2025 and September 10, 2025 orders, the Parties have met and conferred and, based on counsels' schedules, the Parties have agreed to the schedule set forth below for the filing of Lead Plaintiff's Amended Complaint and briefing of Defendants' response thereto.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that:

1. Lead Plaintiff shall file an Amended Complaint to serve as the operative complaint in this Action by November 24, 2025;

2. Defendants shall move, answer or otherwise respond to the Amended Complaint by January 26, 2026;

3. If Defendants move to dismiss the Amended Complaint, Lead Plaintiff's opposition to Defendants' motion to dismiss shall be filed by March 12, 2026; and

4. Defendants' reply in support of their motion to dismiss the Amended Complaint shall be filed by April 2, 2026.

Dated: September 24, 2025                  Respectfully submitted,
      Boston, Massachusetts

**POMERANTZ LLP**                          **SKADDEN, ARPS, SLATE,**
                                             **MEAGHER & FLOM LLP**

*/s/ Emily C. Finestone*                   */s/ Michael S. Hines*
Emily C. Finestone (BBO # 693684)          James R. Carroll (BBO #554426)
Brenda Szydlo                              Michael S. Hines (BBO #653943)
(*pro hac vice* application forthcoming)   Elizabeth J. Perkins (BBO #704838)
Dean P. Ferrogari                          500 Boylston Street
(*pro hac vice* application forthcoming)   Boston, Massachusetts 02116
600 Third Avenue, 20th Floor               (617) 573-4800
New York, New York 10016                   james.carroll@skadden.com
Telephone: (212) 661-1100                  michael.hines@skadden.com
Facsimile: (917) 463-1044                  elizabeth.perkins@skadden.com
efinestone@pomlaw.com
bszydlo@pomlaw.com                         *Counsel for Defendants PepGen Inc.,*
dferrogari@pomlaw.com                      *James McArthur, and Noel Donnelly*

*Counsel for Lead Plaintiff Johnny*
*Karam and Lead Counsel for the Class*

**SO ORDERED**.

Dated: _____, 2025        _____
                                     Allison D. Burroughs
                                     United States District Judge

3