UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                              )
JOHNNY KARAM, Individually    )
and on Behalf of All Others   )        Civil Action
Similarly Situated,           )        No. 25-12007-ADB
                              )
            Plaintiffs,        )
                              )
V.                            )
                              )
PEPGEN INC., JAMES MCARTHUR,  )
and NOEL DONNELLY,            )
                              )
            Defendants.        )
                              )
```

BEFORE THE HONORABLE ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE


STATUS TELECONFERENCE


October 1, 2025



John J. Moakley United States Courthouse
Courtroom No. 17
One Courthouse Way
Boston, Massachusetts  02210

Kelly Mortellite, RPR, RMR, CRR
Official Court Reporter
One Courthouse Way, Room 3200
Boston, Massachusetts  02210
mortellite@gmail.com

APPEARANCES:

Counsel on behalf of Plaintiffs:

Brenda Szydlo
Dean Paul Ferrogari
Pomerantz LLP
20th Floor
600 Third Ave
New York, NY 10016
212-661-1100


Counsel on behalf of Defendants:

Michael S. Hines
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
617-573-4863

P R O C E E D I N G S

(Case called to order.)

COURTROOM CLERK:  Will counsel identify themselves for the record.

MR. FERROGARI:  Good morning, Your Honor.  This is Dean Ferrogari of Pomerantz LLP, and I'm here with my colleague, Brenda Szydlo.

MR. HINES:  Good morning, Your Honor.  Michael Hines from Skadden Arps here in Boston on behalf of defendants.

THE COURT:  All right.  I called this status conference because you all have proposed a schedule that does not have motions to dismiss fully briefed for another six months.  It all seems quite long.

So I'm willing to hear you on it, but I'm wondering why you need two months to file an amended complaint and then a lot of time beyond that to get a motion to dismiss ready to go.

MR. FERROGARI:  Yes, Your Honor.  So in proposing the schedule, the parties are not attempting to kick the can down the road as far as possible.  Rather plaintiff will be using this time to conduct a thorough multiprong investigation.

As you know, securities class actions are notoriously complex and even more so here given the dense material.  So we have retained multiple experts.  We have retained an FTA expert to further flesh out the applicable securities fraud theories. We have retained a private investigator to interview former

employees of the company.  We have also retained a damages expert.

We would also like to note that the requested schedule here is not just for the benefit of counsel but also for the benefit of absence class members.  Given the PLSRA's automatic stay at this stage of litigation, plaintiffs' case is largely dependent on the information we're getting from the ground, and we believe this time is necessary for us to conduct sufficient inquiry into the claims that we plan to assert.

THE COURT:  Okay.  Let's say that I give you until the end of November to file the amended complaint.  Why two months to get an answer or a motion together?

MR. HINES:  Well, Your Honor, for the defendants, I'm actually generally fine with a shorter schedule.  I asked for that only because I didn't want to jam my client over the holiday if not at all possible -- or if at all possible.  But middle January probably accomplishes the same goal from my perspective, but if it's not possible, we'll do whatever Your Honor would like us to do.

THE COURT:  I take your point on the holidays, and the extra two weeks doesn't actually bother me, so I'll leave that.  And then plaintiffs want six weeks to oppose.

All right.  I'll give you the schedule that you want on this.  What you say makes sense, but I'm going to be very stingy with any continuances on this.  It's already a super

long time to get a motion to dismiss briefed, okay?

MR. HINES:  Understood, Your Honor.

MR. FERROGARI:  Yes, Your Honor.

THE COURT:  All right.  We'll enter an order with the schedule you proposed.  Anything else for today?

MR. HINES:  Not from the defendants' perspective, Your Honor.

MR. FERROGARI:  Nothing from plaintiffs as well.

THE COURT:  Thanks, guys.  We're recessed for today.

(Recessed, 9:40 a.m.)

CERTIFICATE OF OFFICIAL REPORTER


I, Kelly Mortellite, Registered Professional Reporter, Registered Merit Reporter and Certified Realtime Reporter, in and for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing transcript is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter to the best of my skill and ability.

Dated this  7th day of October, 2025.


/s/ Kelly Mortellite

_____

Kelly Mortellite, RPR, RMR, CRR

Official Court Reporter