# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHNNY KARAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PEPGEN INC., JAMES MCARTHUR, and NOEL DONNELLY,<br><br>Defendants. | No.: 1:25-cv-12007-ADB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Allison D. Burroughs |

Lead Plaintiff Johnny Karam and Defendants PepGen Inc. ("PepGen"), James McArthur, and Noel Donnelly (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 9, 2025, Lead Plaintiff filed a Class Action Complaint ("Complaint") for violations of the federal securities laws (Dkt. No. 1);

WHEREAS, on September 10, 2025, the Court appointed Johnny Karam as Lead Plaintiff and Pomerantz LLP as Lead Counsel (Dkt. No. 32);

WHEREAS, on October 1, 2025, the Court adopted the Parties proposed briefing schedule (Dkt. No. 39) as set forth in the Stipulation and Joint Motion for Order Setting Schedule for Filing of An Amended Complaint and Motion to Dismiss Briefing (Dkt. No. 33);

WHEREAS, Lead Plaintiff, in consultation with Lead Counsel, does not intend to file an amended complaint and wishes to instead dismiss the Complaint without prejudice as to Lead Plaintiff and the putative class, as defined in the Complaint;

NOW, THEREFORE, the Parties, by and through their counsel of record, hereby stipulate and agree that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Action is hereby dismissed, without prejudice, as to all Defendants, with each side to bear its own attorneys' fees and costs; and

2. The undersigned Parties and counsel mutually agree not to seek or assert any claim against the other(s) for fees, expenses, costs, sanctions (including any claim under Fed. R. Civ. P. 11) and/or any other claim that the Action was brought or defended in bad faith or without a reasonable basis.

**IT IS SO STIPULATED.**

Dated: November 18, 2025

| **POMERANTZ LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
|---|---|
| */s/ Emily C. Finestone* <br> Jeremy A. Lieberman <br> Brenda Szydlo (*pro hac vice*) <br> Emily C. Finestone (BBO # 693684) <br> Dean P. Ferrogari (*pro hac vice*) <br> 600 Third Avenue, 20th Floor <br> New York, New York 10016 <br> Telephone: (212) 661-1100 <br> Facsimile: (917) 463-1044 <br> jalieberman@pomlaw.com <br> efinestone@pomlaw.com <br> bszydlo@pomlaw.com <br> dferrogari@pomlaw.com <br><br> *Attorneys for Lead Plaintiff Johnny Karam and the Proposed Class* | */s/ Michael S. Hines* <br> James R. Carroll (BBO #554426) <br> Michael S. Hines (BBO #653943) <br> Elizabeth J. Perkins (BBO #704838) <br> 500 Boylston Street <br> Boston, Massachusetts 02116 <br> (617) 573-4800 <br> james.carroll@skadden.com <br> michael.hines@skadden.com <br> elizabeth.perkins@skadden.com <br><br> *Counsel for Defendants PepGen Inc., James McArthur, and Noel Donnelly* |

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 18, 2025.

                                          */s/ Emily C. Finestone*
                                          Emily C. Finestone (BBO # 693684)